**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ALFREDO PRADO AND JESSICA PRADO**                                 **PLAINTIFFS**

**VERSUS**                                                                                                  **NO: 4:10CV97-P-V**

**LEFLORE COUNTY AND DEPUTY
RICHARD CHIP ROBERTS, IN HIS
OFFICIAL CAPACITY**

                                                                                                                                                     **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated September 9, 2011, was on that date duly served by regular mail upon plaintiff and electronically upon counsel for defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the September 9, 2011 Report and Recommendation of the magistrate judge is hereby **ADOPTED** as the opinion of the Court.

    2. That in accordance with the opinion of the Court, this cause is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

    **THIS**, the 26th day of September, 2011.

                                                                                                     /s/ W. Allen Pepper, Jr.
                                                                                                     W. ALLEN PEPPER, JR.
                                                                                                     UNITED STATES DISTRICT JUDGE